UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN A. GUARINO,

                Plaintiff,

    -against-

KIRAN AHUJA, OFFICE OF PERSONNEL
MANAGEMENT, and OFFICE OF FEDERAL
EMPLOYEE GROUP LIFE INS.,

                Defendants.

Case No. 1:24-cv-09344 (JLR)

**ORDER OF SERVICE**

---

JENNIFER L. ROCHON, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Kiran Ahuja, the Office of Personnel Management, and the Office of Federal Employee Group Life Insurance. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses[1]

    If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    Plaintiff is advised that because he is suing federal defendants, service must be done in accordance with Federal Rule of Civil Procedure 4(i). Plaintiff is also advised that he may seek legal advice and assistance, including advice and assistance relating to service of process, from the City Bar Justice Center. An informational flyer regarding their services is attached to

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

1

this order. The plaintiff may also contact the Pro Se Intake Unit at (212) 805-0175 with procedural questions.

Plaintiff may receive court documents by email by completing a Consent to Electronic Service form.[2]

The Clerk of Court is directed to mail an information package to Plaintiff.

Dated: December 16, 2024
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

---

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.