UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN A. GUARINO,<br><br>        Plaintiff,<br><br>   -against-<br><br>KIRAN AHUJA, OFFICE OF PERSONNEL MANAGEMENT, and OFFICE OF FEDERAL EMPLOYEE GROUP LIFE INSURANCE<br><br>        Defendant(s). | Case No. 1:24-cv-09344 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  On December 16, 2024, the Court advised Plaintiff that, because he is suing federal defendants, service must be made in accordance with Federal Rule of Civil Procedure ("Rule") 4(i). Dkt. 4. On February 19, 2025, the Office of Federal Employee Group Life Insurance returned a waiver of service. Dkt. 14. The Office of Federal Employee Group Life Insurance's answer is therefore due April 21, 2025. Dkt. 14.

  The affidavits of service of summons on Defendants Kiran Ahuja and the Office of Personnel Management that Plaintiff has filed to date are deficient. Dkts. 10, 12. As the Court advised in its December 16, 2024 Order, Plaintiff's service of process on the Office of Personnel Management must be consistent with Rule 4(i). Moreover, service on Individual Defendant Kiran Ahuja must be made consistent with Rule 4(e). Therefore, Plaintiff shall service Defendants Kiran Ahuja and the Office of Personnel Management consistent with Rules 4(e) and 4(i) by **March 9, 2025**.

  Plaintiff is again advised that he may seek legal advice and assistance, including advice and assistance relating to service of process, from the City Bar Justice Center. Plaintiff may also contact the Pro Se Intake Unit at (212)-805-0175 with questions regarding service.

The Court's Order at Dkt. 14 is vacated. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the mailing address listed on the docket.

Dated: February 21, 2025
      New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge