UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN A. GUARINO,<br><br>       Plaintiff,<br><br>-against-<br><br>KIRAN AHUJA, OFFICE OF PERSONNEL MANAGEMENT, OFFICE OF FEDERAL EMPLOYEE GROUP LIFE INSURANCE,<br><br>       Defendants. | Case No. 1:24-cv-09344 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On March 20, 2025, Plaintiff filed a certificate of service indicating that, in compliance with the Court's March 17, 2025 Order, Plaintiff served the Summons and Complaint on the Attorney General of the United States in Washington, D.C., the United States Attorney's Office for the Southern District of New York, and the Director of the Office of Personnel Management. Dkt. 17. Plaintiff's certificate of service, however, is unsigned. Plaintiff shall therefore refile his certificate of service with his signature.

Plaintiff is reminded that he should forward any correspondence, including filings to be docketed, to the Pro Se Intake Unit for the Southern District of New York:

 Pro Se Intake Unit
 500 Pearl Street, Room 205
 New York, New York 10007

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the mailing address listed on the docket.

Dated: March 27, 2025
    New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge