UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN A. GUARINO,<br><br>                              Plaintiff,<br><br>-against-<br><br>KIRAN AHUJA, OFFICE OF PERSONNEL MANAGEMENT, OFFICE OF FEDERAL EMPLOYEE GROUP LIFE INSURANCE,<br><br>                              Defendants. | Case No. 1:24-cv-09344 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On March 27, 2025, the Court ordered Plaintiff to refile his certificate of service with his signature. Dkt. 18. On March 31, 2025, Plaintiff refiled his certificate of service; however, the certificate of service is still not signed. Dkt. 19. The Court therefore directs Plaintiff to refile the certificate of service **with his signature above the signature line**. Plaintiff shall also file photocopies of the mailing receipts reflecting service of the summons and complaint to the Office of the Attorney General and the United States Attorney's Office for the Southern District of New York. Plaintiff presently has only filed mailing receipts reflecting service to the Director of the Office of Personnel Management. See Dkt. 19 at 3-4.

Plaintiff is again advised that he may direct any questions to the Pro Se Intake Unit for the Southern District of New York at (212)-805-0175.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the mailing address listed on the docket.

Dated: April 7, 2025
       New York, New York

                                                                SO ORDERED.

                                                                *Jennifer Rochon*
                                                                JENNIFER L. ROCHON
                                                                United States District Judge

1