UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN A. GUARINO,<br><br>       Plaintiff,<br><br>  -against-<br><br>KIRAN AHUJA, OFFICE OF PERSONNEL MANAGEMENT, and OFFICE OF FEDERAL EMPLOYEE GROUP LIFE INSURANCE,<br><br>       Defendants. | Case No. 1:24-cv-09344 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court cannot accept an unsigned certificate of service. The certificate of service Plaintiff refiled at Dkt. 19 still does not include his signature. Plaintiff is directed to resubmit the Certificate of Service, currently at Dkt. 17, with his **handwritten signature** at Page 1 of the document.

  The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the mailing address listed on the docket.

Dated: April 11, 2025
    New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge