

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, NY 10007*

May 29, 2025

**Via ECF**
Honorable Jennifer L. Rochon
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

The parties' initial pre-trial conference shall be adjourned to July 15, 2025 at 11:00 a.m.

Dated: May 30, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

      Re:    *Steven Guarino v. Kiran Ahuja, et al.*, No. 24 Civ. 9344 (JLR)

Dear Judge Rochon:

    This Office represents defendants Charles Ezell and U.S. Office of Personnel Management ("OPM," and with Mr. Ezell, the "government") in the above-named action, in which plaintiff, proceeding *pro se*, seeks to recover payment of a claim under a Federal Employees Group Life Insurance policy. I write respectfully, jointly with counsel for MetLife and with plaintiff's consent, to request a 30-day adjournment of the initial conference scheduled for June 12, 2025.

    For the same reasons that the government seeks an extension of its response deadline, Dkt. No. 34—specifically, the possibility of a resolution without further court intervention—the parties seek a corresponding adjournment of the initial conference, until July 14, 2025, or another day thereafter that is convenient for the Court.[1]  This is the parties' first request for an adjournment of the initial conference and, as noted, plaintiff consents to the request.

    I thank the Court for its consideration of this request.

                                Respectfully,

                                  JAY CLAYTON
                                United States Attorney for the
                                Southern District of New York

        By:   */s/ Jessica F. Rosenbaum*
                JESSICA F. ROSENBAUM
                Assistant United States Attorney
                86 Chambers Street, Third Floor
                New York, New York 10007
                Tel.: (212) 637-2777

---

[1] The government apologizes for failing to note and seek an adjournment of the initial conference in conjunction with its request for an extension of its response deadline.