UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN A. GUARINO,<br><br>                      Plaintiff,<br><br>          -against-<br><br>KIRAN AHUJA, OFFICE OF PERSONNEL MANAGEMENT, and OFFICE OF FEDERAL EMPLOYEE GROUP LIFE INSURANCE,<br><br>                      Defendants. | Case No. 1:24-cv-09344 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      Pursuant to the Amended Standing Order, 1:25-mc-00433 (LTS), ECF No. 3 (Oct. 2, 2025), this matter is administratively stayed during the pendency of the federal government shutdown. Therefore, the initial pretrial conference scheduled for November 12, 2025, is adjourned and will be rescheduled upon the government's reopening.

Dated: November 11, 2025
          New York, New York

                                                                       SO ORDERED.

                                                                       JENNIFER L. ROCHON
                                                                       United States District Judge