UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN A. GUARINO,

                Plaintiff,

      -against-

KIRAN AHUJA; OFFICE OF PERSONNEL
MANAGEMENT; OFFICE OF FEDERAL
EMPLOYEE GROUP LIFE INSURANCE,

                Defendants.

Case No. 1:24-cv-09344 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of a letter from Plaintiff Steven Guarino ("Plaintiff") stating that Defendant Office of Federal Employee Group Life Insurance ("OFEGLI") has not complied with the terms of the parties' stipulation of settlement and dismissal, which was executed by the parties on November 26, 2025, and so ordered by the Court on December 1, 2025 (the "Stipulation").  *See* Dkt. 51.  Specifically, the Stipulation provides that OFEGLI "shall pay, within a reasonable time following the Effective Date of this Stipulation . . . , the sum of $16,500 to [Plaintiff]," *id.* at 3 ¶ 2(a), and Plaintiff represents that he has not yet received such payment.

      OFEGLI shall file a response to Plaintiff's letter by **March 31, 2026**.

Dated: March 27, 2026
      New York, New York

                       SO ORDERED.

                       *Jennifer Rochon*
                       JENNIFER L. ROCHON
                       United States District Judge